UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| LARRY GENE HANEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:15-cv-70-HSM-SKL |
| v. ) | |
| ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### **ORDER**

Before the Court is an application to proceed *in forma pauperis* ("Application") [Doc. 1] filed by Plaintiff. Plaintiff's Complaint [Doc. 2] seeks reversal of the Administrative Law Judge's decision denying Plaintiff disability insurance benefits.

The IFP Application provides the Court with conflicting and confusing information. For example, Plaintiff's Application indicates he receives $100.00 per month doing odd jobs and serves as a caretaker of a property in exchange for rent. Plaintiff also indicates he has one minor dependent who receives $140.00 in welfare cash assistance. Yet, Plaintiff's Application states that his living expenses total $688.00. The total household income indicated is around $240.00 ($100.00 odd job money earned by Plaintiff plus $140.00 in minor dependent's welfare cash assistance), but Plaintiff also lists total monthly income of applicant, spouse, and dependents as $688.00 which is the identical amount he lists as his living expenses. In short, the Application is confusing and perhaps incorrectly completed.

Accordingly, the Court **ORDERS** Mr. Haney to submit a supplement to, or a new, Application within **30 days** that is properly and fully filled out. Failure to submit the requested

information may result in the denial of Mr. Haney's Application.

SO ORDERED.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE